UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
SEP 07 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____MR_____
DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | § § | **WAIVER OF RULE 5 HEARINGS** (Excluding Probation Cases) |
| vs. | § § | Case Number: MO:21-M-00346(1) |
| (1) Cory Ray Brannan | § § | Ref: 1:21-MJ-588 |

I **(1) Cory Ray Brannan**, understand that in the **District of Columbia** charges are pending alleging violation of __- 18 USC 1752 Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority__ and that I have been arrested in this district and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim.P., (note: Rule 20 is NOT applicable to Revocation of (a)Terms of Supervised Release, (b)Probation, (c)Parole, or (d)Bond proceedings) in order to to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) Identity Hearing

( ) Preliminary Examination

( ) Identity Hearing and I have been informed I have no right to a Preliminary Examination

( ) Identity Hearing but request a Preliminary Examination be held in the prosecuting district

and therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

Sep 7, 2021
Date

_____
Defendant

_____
Defense Counsel